**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LONGITUDE LICENSING LIMITED, 138 EAST LCD ADVANCEMENTS LIMITED, | § | |
| *Plaintiffs*, | § | Case No. 2:25-cv-00440-JRG-RSP |
| v. | § | |
| | § | (Lead Case) |
| BOE TECHNOLOGY GROUP CO., LTD., LG ELECTRONICS, INC., | § | |
| *Defendants*. | § | |

**ORDER**

Plaintiffs each previously filed Motions to Dismiss Defendants' Amended Counterclaims Seven and Eight and Motions to Dismiss Defendants' Counterclaims Seven and Eight. (Dkt. Nos. 37, 43, 18, 34.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 66), recommending granting of Plaintiffs' Motions to Dismiss Defendants' Amended Counterclaims Seven and Eight, and finding as moot Dismiss Defendants' Motions to Defendant's Counterclaims Seven and Eight. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**.

It is therefore **ORDERED** that the former two Motions (Dkt. Nos. 37, 43) are **GRANTED**, and the latter two motions (Dkt. Nos. 18, 34) are **DENIED AS MOOT**, in light of subsequent Amended Counterclaims (Dkt. Nos. 32, 39).

**So ORDERED and SIGNED this 25th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE