**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LONGITUDE LICENSING LIMITED, 138 EAST LCD ADVANCEMENTS LIMITED,<br>*Plaintiffs*,<br>v.<br>BOE TECHNOLOGY GROUP CO., LTD., LG ELECTRONICS, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-cv-00440-JRG-RSP<br>(Lead Case) |

**ORDER**

Previously, the Court appointed Jane Du as the technical advisor to the Court in this action with her costs to be assessed equally between Plaintiffs and Defendants and timely paid as billed. The Court has received Ms. Du's invoice for services through October 20, 2026, in the amount of $49,926.19 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiffs: | $24,963.10 |
| Defendants: | $24,963.09 |

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Ms. Du on behalf of all Defendants.

**SIGNED this 2nd day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE